UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTURO LOPEZ, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED | : CIVIL ACTION NO. 2:15-CV-01131 |
| Plaintiff, | : *CONSOLIDATED WITH* |
| | : CIVIL ACTION NO. 2:15-CV-2890 |
| VERSUS | : SECTION N, MAG. 3 |
| THE WINE GROUP, INC., ET AL, | : JUDGE KURT D. ENGELHARDT |
| Defendants. | : MAGISTRATE DANIEL E. KNOWLES, III |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DON SEBASTIANI & SONS INTERNATIONAL WINE NEGOCIANTS CORP.'S MOTION TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINTS PURSUANT TO FRCP 12(B)(2) FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Don Sebastiani & Sons International Wine Negociants Corp. ("DSS"),[1] defendant, respectfully requests that the Court dismiss for lack of personal jurisdiction all of the claims Plaintiffs attempt to plead against DSS. DSS is a California corporation based in Sonoma, California, and has never sold its 2011 vintage Smoking Loon Viognier—the only DSS wine at issue in this action—in Louisiana. As a result, the Court lacks personal jurisdiction over DSS. The grounds for this Motion are more fully set forth in the accompanying Memorandum in Support.

In support of this Motion, DSS submits the following evidence:

---

[1] Plaintiffs incorrectly named DSS as two separate entities, "Don Sebastiani & Sons International Wine Negociants Corp." and "Don Sebastiani & Sons International Negociants." The proper legal name of the company is Don Sebastiani & Sons International Wine Negociants Corp., and the other named entity does not exist.

6171279_1

    A.      Declaration of Jean Arnold;

    B.      Declaration of Esteban Herrera, Jr, with exhibits.

Based on information and belief, this Motion will be opposed by the Plaintiffs.

Dated: October 23, 2015        By:    KEAN MILLER LLP

                                          *s/ Esteban Herrera, Jr.*
                                          Esteban Herrera, Jr., T.A. (#20859)
                                          Bradley C. Myers (#1499)
                                          James R. Chastain, Jr. (#19518)
                                          400 Convention Street, Suite 700
                                          P. O. Box 3513 (70821-3513)
                                          Baton Rouge, LA 70802
                                          Telephone: (225) 382-3419
                                          Fax: (225) 388-9133
                                          esteban.herrera@keanmiller.com
                                          brad.myers@keanmiller.com
                                          sonny.chastain@keanmiller.com

**Of Counsel:**
Charles H. Moellenberg, Jr.
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, Pennsylvania 15219-2514
(412) 394-7917
chmoellenberg@jonesday.com

Frederick L. McKnight
Peter E. Davids
JONES DAY
555 S. Flower Street, Fiftieth Floor
Los Angeles, California 90071
(213) 489-3939
flmcknight@jonesday.com
pdavids@jonesday.com

                                          *Attorneys for Defendant Attorneys for Don Sebastiani & Sons International Wine Negociants Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2015, I electronically filed the foregoing with the Clerk of the Court for the U.S. District Court, Eastern District of Louisiana, using the ECF system, which will send a notice of electronic filing to all counsel of record.

                                                 *s/ Esteban Herrera, Jr.*
                                                 Esteban Herrera, Jr.