## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARTURO LOPEZ, et al | Case No. 2:15-cv-1131-KDE-DEK |
| | C/W No. 2:15-cv-2890-KDE-DEK |
| *Plaintiffs*, | |
| v. | |
| THE WINE GROUP, INC. et. al., | This Applies to All Cases. |
| *Defendants*. | |

## ORDER

Upon the Motion of Plaintiffs, Arturo Lopez, Tacarra Washington, Latanja Johnson, Bernard Johnson, George Thomas, Zahira Crespo Bithorn and Laura Marvin to dismiss the claims against Smith & Hook Winery Corporation a/k/a Smith and Hook, a California Corporation, d/b/a Hahn Family Wines, a California Corporation;

**IT IS ORDERED** that all claims and/or causes of action asserted by Plaintiffs, Arturo Lopez, Tacarra Washington, Latanja Johnson, Bernard Johnson, George Thomas, Zahira Crespo Bithorn and Laura Marvin against defendant, Smith & Hook Winery Corporation a/k/a Smith and Hook, a California Corporation, d/b/a Hahn Family Wines, a California Corporation be and are hereby dismissed.

SIGNED THIS THE __26th__ DAY OF _____October_____, 2015 in New Orleans, Louisiana.

_____
**KURT D. ENGELHARDT**
**UNITED STATES DISTRICT JUDGE**